Derrick **ROGERS**, a.k.a. Deonte Benson, Petitioner-Appellant,

v.

**UNITED STATES of America**, Respondent-Appellee.

No. 17-10219

Non-Argument Calendar

United States Court of Appeals, Eleventh Circuit.

(October 13, 2017)

W. Matthew Dodge, Nicole Kaplan, Stephanie A. Kearns, Federal Defender Program, Inc., Atlanta, GA, for Petitioner-Appellant

Dahil Dueno Goss, John Andrew Horn, Erin Sanders, Lawrence R. Sommerfeld, George Jeffrey Viscomi, Assistant U.S. Attorney, U.S. Attorney's Office, Atlanta, GA, for Respondent-Appellee

Before WILLIAM PRYOR, JORDAN and ROSENBAUM, Circuit Judges.

PER CURIAM:

Derrick Rogers appeals the denial of his motion to vacate, set aside, or correct his sentence. 28 U.S.C. § 2255. Rogers, whose sentence for possession of a firearm as a felon was enhanced under the Armed Career Criminal Act, 18 U.S.C. § 924(e), sought relief on the ground that his prior conviction in a Georgia court for robbery by intimidation did not qualify as a violent felony in the wake of *Johnson v. United States*, 576 U.S. ——, 135 S.Ct. 2551, 192 L.Ed.2d 569 (2015). But Rogers does not challenge the finding that his robbery conviction qualified as a violent felony. And Rogers concedes, as he did in the district court, that he has a prior conviction for aggravated battery that qualifies as a violent felony under the elements clause, which "with his two serious drug predicates" makes him "an armed career criminal." Because Rogers is not entitled to relief from his sentence, we affirm the denial of his motion to vacate.

**AFFIRMED.**